**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DR. DOROTHY L. DERICO**                                    **PLAINTIFF**

**v.**                          **No. 4:25-cv-618-DPM**

**NORTH LITTLE ROCK**
**SCHOOL DISTRICT**                                          **DEFENDANT**

### ORDER

Motion, *Doc. [16]*, noted.  Please file an addendum indicating whether the motion is agreed or opposed.  LOCAL RULE 6.2(b). Addendum due by 28 May 2026.

So Ordered.

_DPMarshall Jr._____
D.P. Marshall Jr.
United States District Judge

20 May 2026