**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DR. DOROTHY L. DERICO**                                      **PLAINTIFF**

**v.**                                  **No. 4:25-cv-618-DPM**

**NORTH LITTLE ROCK**
**SCHOOL DISTRICT**                                          **DEFENDANT**

### ORDER

Motion, *Doc. 21*, granted as modified.  The Court will extend the discovery and motions deadlines, but the trial must also be moved so that the Court has adequate time to consider any dispositive motion. The parties would benefit from an in-person meeting about discovery issues.  Please meet by 30 June 2026.  An Amended Final Scheduling Order will issue.  Motions, *Doc. 16 & 19*, denied as moot.  North Little Rock's status report, *Doc. 20*, appreciated.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 May 2026